GABRIELLE SAELTZER, Respondent, *v.* SARAH FINDULL, Appellant.

(Argued March 26, 1872; decided April 2, 1872.)

*Isaac L. Egbert* for the appellant.

*Geo. P. Avery* for the respondent.

Agree to dismiss appeal. No opinion.